United States District Court
Southern District of Texas
**ENTERED**
August 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| G&H DIVERSIFIED MANUFACTURING, LP, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-376 |
| | § | |
| DYNAENERGETICS EUROPE GMBH et al., | § | |
| | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(a), all non-dispositive pretrial matters in this case are hereby referred to United States Magistrate Judge Andrew M. Edison for determination.

Pursuant to 28 U.S.C. § 636(b)(1)(b), all dispositive pretrial matters in this case are hereby referred to Judge Edison for report and recommendation to this court.

All trial deadlines, if any, shall remain in effect.

Signed on Galveston Island on this the 18th day of August, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE