IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| G&H DIVERSIFIED MANUFACTURING, LP<br><br>*Plaintiff/Counterclaim-Defendant*,<br>and<br><br>YELLOW JACKET OIL TOOLS, LLC<br>*Counterclaim-Defendant*<br><br>v.<br><br>DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC.,<br><br>*Defendants/Counterclaim-Plaintiffs*. | Civil Action No: 3:20-cv-00376 |

## JOINT MOTION TO STAY

Plaintiff/Counterclaim-Defendant G&H Diversified Manufacturing, LP ("G&H") and Counterclaim-Defendant Yellow Jacket Oil Tools, LLC ("Yellow Jacket"), together with Defendants/Counterclaim-Plaintiffs DynaEnergetics Europe GmbH, and DynaEnergetics US, Inc. (collectively, the "DynaEnergetics"), jointly move to temporarily stay all matters related to the above-captioned case, and in support of this motion state as follows:

1. On August 24, 2021, DynaEnergetics filed a motion to stay the above-captioned case pending the resolution of a Petition for Writ of Mandamus to the Court of Appeals for the Federal Circuit from Judge Albright's ruling on Yellow Jacket and G&H's

1

motion to dismiss or transfer in *DynaEnergetics v. Yellow Jacket*, Case No. 6:20-cv-01110-ADA (W.D. Tex.), Dkt. 41 ("G&H Appeal").

2. G&H does not oppose a stay of the current action in view of DynaEnergetics' motions to dismiss its claims against Yellow Jacket, *with prejudice*, filed concurrently on August 24, 2021 in this case (Dkt. 66) and the co-pending case in the Houston Division, *DynaEnergetics v. Yellow Jacket*, Civil Action No. 4:21-02599 (S.D. Tex.), Dkt. 56 (collectively, "Motions to Dismiss").

For the foregoing reasons, the Parties jointly and respectfully ask the Court to stay this case until the Federal Circuit has resolved the G&H Appeal, or in the event that DynaEnergetics withdraws either of the Motions to Dismiss, or otherwise seeks to convert either of the Motions to Dismiss to be *without prejudice*.

Dated:  August 26, 2021

Respectfully submitted,

/s/ *Barry J. Herman*
Megan C. Moore
Federal Bar No. 963966
Texas Bar No. 24054322
RUSTY HARDIN & ASSOCIATES, LLP
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Email: mmoore@rustyhardin.com

Barry J. Herman (*pro hac vice* filed)
Maryland Federal Bar No. 26061
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

Preston H. Heard (*pro hac vice* filed)
Georgia Bar No. 476319
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

*Attorneys for Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

/s/ *Amir H. Alavi*
Amir Alavi, *Attorney-in-Charge*
State Bar No. 00793239
Southern District Federal ID No. 20910
Todd W. Mensing
State Bar No. 24013156
Southern District Federal ID No. 302944
Michael McBride
State Bar No. 24065700
Southern District Federal ID No. 3554928
Steven Jugle
State Bar No. 24083280
Southern District Federal ID No. 3633066
Joshua Wyde
State Bar No. 24060858
Southern District Federal ID No. 873284
Colin Phillips
State Bar No. 24105937
Southern District Federal ID No. 3576569
Michael Killingsworth
State Bar No. 24110089
Southern District Federal ID No. 3372610
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
aalavi@azalaw.com
tmensing@azalaw.com
mmcbride@azalaw.com
sjugle@azalaw.com
jwyde@azalaw.com
cphillips@azalaw.com
mkillingsworth@azalaw.com

**ATTORNEYS FOR PLAINTIFF G&H DIVERSIFIED MANUFACTURING LP**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on August 26, 2021. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

                                            /s/ *Amir Alavi*
                                            Amir Alavi