United States District Court
Southern District of Texas
**ENTERED**
August 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| G&H DIVERSIFIED MANUFACTURING, LP<br><br>*Plaintiff/Counterclaim-Defendant*,<br>and<br><br>YELLOW JACKET OIL TOOLS, LLC<br>*Counterclaim-Defendant*<br><br>v.<br><br>DYNAENERGETICS EUROPE GMBH, and<br>DYNAENERGETICS US, INC.,<br><br>*Defendants/Counterclaim-Plaintiffs*. | Civil Action No: 3:20-cv-00376 |

## [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY

Before this Court is a joint motion by Plaintiff/Counterclaim-Defendant G&H Diversified Manufacturing, LP and Counterclaim-Defendant Yellow Jacket Oil Tools, LLC, together with Defendants/Counterclaim-Plaintiffs DynaEnergetics Europe GmbH, and DynaEnergetics US, Inc. to temporarily stay all matters related to the above-captioned case.

Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all deadlines are stayed ~~until either~~ *and this case is administratively closed.* *The parties will inform the court within 5 days of*

~~(i)~~ The Federal Circuit ~~has~~ *ing* resolved the Petition for Writ of Mandamus to the Court of Appeals for the Federal Circuit from Judge Albright's ruling on

Yellow Jacket and G&H's motion to dismiss or transfer in *DynaEnergetics v. Yellow Jacket*, Case No. 6:20-cv-01110-ADA (W.D. Tex.), Dkt. 41; or

~~(2) DynaEnergetics withdraws either of its motions to dismiss its claims against Yellow Jacket, *with prejudice*, filed concurrently on August 24, 2021 in this case (Dkt. 66) and the co-pending case in the Houston Division, *DynaEnergetics v. Yellow Jacket*, Civil Action No. 4:21-02599 (S.D. Tex.), Dkt. 56, or otherwise seeks to convert either of said motions to a motion to dismiss *without prejudice*.~~

*All current deadlines are vacated.*

SO ORDERED and SIGNED this 26th date of August, 2021.

THE HONORABLE ANDREW M. EDISON
United States Magistrate Judge