IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| G&H DIVERSIFIED MANUFACTURING, LP, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 3:20-cv-00376-JVB-AME |
| v. | § § | |
| | § | Jury Trial Demanded |
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § § | |
| *Defendants.* | § § | |

**G&H DIVERSIFIED MANUFACTURING, LP'S NOTICE OF FEDERAL CIRCUIT RULING ON PETITION FOR MANDAMUS**

**INTRODUCTION**

In accordance with this Court's Order Granting Joint Motion to Stay (Dkt. 70), Plaintiff and Counterclaim-Defendant G&H Diversified Manufacturing, LP ("G&H") hereby notifies the Court that the Court of Appeals for the Federal Circuit has denied G&H's Petition for Mandamus (2021-176). Ex. 1. Accordingly, G&H believes its case should be transferred to the Western District of Texas for consolidation with the pending action there brought by DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively "DynaEnergetics") against G&H (Case No. 6:20-cv-01110).

However, in accordance with Judge Albright's ruling determining that DynaEnergetics' case against Yellow Jacket Oil Tools, LLC ("Yellow Jacket") should

1

proceed in the Southern District of Texas (Ex. 2 at p. 15), Yellow Jacket will either need

to be severed from this case prior to transfer or DynaEnergetics' claims against Yellow

Jacket must be dismissed prior to transfer. *See* Dkt. 66.

Dated:  September 28, 2021                              Respectfully submitted,

/s/ *Amir H. Alavi* _____
Amir Alavi, *Attorney-in-Charge*
State Bar No. 00793239
Southern District Federal ID No. 20910
Todd W. Mensing
State Bar No. 24013156
Southern District Federal ID No. 302944
Michael McBride
State Bar No. 24065700
Southern District Federal ID No. 3554928
Steven Jugle
State Bar No. 24083280
Southern District Federal ID No. 3633066
Joshua Wyde
State Bar No. 24060858
Southern District Federal ID No. 873284
Colin Phillips
State Bar No. 24105937
Southern District Federal ID No. 3576569
Michael Killingsworth
State Bar No. 24110089
Southern District Federal ID No. 3372610
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
    MENSING, P.C.
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
(713) 655-0062
aalavi@azalaw.com
tmensing@azalaw.com
mmcbride@azalaw.com
sjugle@azalaw.com
jwyde@azalaw.com

cphillips@azalaw.com
mkillingsworth@azalaw.com

**ATTORNEYS FOR PLAINTIFF G&H
DIVERSIFIED MANUFACTURING LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on September 28, 2021. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Amir H. Alavi*
Amir H. Alavi

3