# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| G&H DIVERSIFIED MANUFACTURING, LP<br>    Plaintiff/Counterclaim-Defendant,<br><br>and<br><br>YELLOW JACKET OIL TOOLS, LLC<br>    Counterclaim-Defendant<br><br>v.<br><br>DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC.,<br>    Defendants/Counterclaim-Plaintiffs. | Civil Action No: 3:20-CV-376<br><br>Jury Trial Demanded |

## DYNAENERGETICS' NOTICE OF JOINDER IN REQUEST TO SEVER YELLOW JACKET CLAIMS AND TRANSWER G&H CLAIMS TO THE WESTERN DISTRICT OF TEXAS

Defendants/Counterclaim-Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") hereby join in the Notice of Federal Circuit Ruling on Petition for Mandamus filed by G&H Diversified Manufacturing, LP ("G&H") (Dkt. No. 71) as follows.

First, DynaEnergetics agrees with G&H's request to transfer G&H's case to the Western District of Texas for consolidation with the case pending there filed by DynaEnergetics.

Second, DynaEnergetics agrees with G&H's request for the Court to sever Yellow Jacket from this case prior to the above-requested transfer. Once the Yellow Jacket claims are severed, DynaEnergetics further requests that the Court lift the stay in the severed Yellow Jacket case to allow the parties to complete briefing on the dismissal issue.[1]

Dated: September 28, 2021

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Barry J. Herman
Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

*Attorney-in-Charge for Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

OF COUNSEL:

WOMBLE BOND DICKINSON (US) LLP
Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com

---

[1] Yellow Jacket has not filed a response to DynaEnergetics' motion to dismiss in this case because of the stay. Similarly, based on the parties' agreement, DynaEnergetics has not filed a reply to Yellow Jacket's response to DynaEnergetics' motion to dismiss filed in the other pending Yellow Jacket case, which was transferred from the WDTX to the SDTX Houston Division and subsequently transferred to the SDTX Galveston Division. *DynaEnergetics Europe GmbH et al v. Yellow Jacket Oil Tools, LLC*, C.A. No. 3:21-cv-00240 (S.D. Tex.). Severing the claims against Yellow Jacket will, therefore, allow the parties to complete the dismissal briefing in both matters without delaying the transfer of the claims against G&H.

2

WOMBLE BOND DICKINSON (US) LLP
Stephanie M. Nguyen (*pro hac vice* to be filed)
DC Bar No. 1046300
Julie C. Giardina (*pro hac vice* to be filed)
Maryland Federal Bar No. 21085
100 Light St, 26th Floor
Baltimore, MD  21202
Telephone:  (410) 545-5873
Email:  Stephanie.Nguyen@wbd-us.com
Telephone:  (410) 545-5802
Email:  Julie.Giardina@wbd-us.com

MOYLES IP, LLC
Lisa J. Moyles (*pro hac vice* to be filed)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice* to be filed)
New York Bar No. 4450953
One Enterprise Drive, Suite 428
Shelton, CT  06484
Telephone:  (203) 428-4420
Email:  lmoyles@moylesip.com
Email:  jrockman@moylesip.com

RUSTY HARDIN & ASSOCIATES, LLP
Megan C. Moore
Federal Bar No. 963966
Texas Bar No. 24054322
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Email:  mmoore@rustyhardin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

                                            */s/ Megan C. Moore*
                                            Megan C. Moore