# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

G&H Diversified Manufacturing, LP

v.   Case Number: 3:20−cv−00376

DynaEnergetics Europe GmbH, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1610676496?pwd=WDJJKzBBdzJ5TGUyQmtkK2dwaG5Ldz09*

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 10/1/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   September 28, 2021                                              Nathan Ochsner, Clerk