United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC.<br>　*Plaintiffs,*<br><br>v.<br><br>YELLOW JACKET OIL TOOLS, LLC<br>　*Defendant.* | Civil Action No. 3:20-CV-376<br><br>Jury Trial Demanded |

## FINAL JUDGMENT

On this day, the Court considered the request of DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") to dismiss its claims against Yellow Jacket Oil Tools, LLC ("Yellow Jacket") with prejudice. The Court grants the request, and:

**ORDERS** that the claims asserted by DynaEnergetics against Yellow Jacket in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that DynaEnergetics and Yellow Jacket shall each bear their own costs, expenses, and attorneys' fees.

This Final Judgment formally disposes of this case.

Signed this 7th date of October, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE